# EXHIBIT A

| | |
|---|---|
| DISTRICT COURT, LARIMER (FT COLLINS) COUNTY, COLORADO<br>Court Address:<br>201 Laporte Avenue, Suite 100, Fort Collins, CO, 80521 | DATE FILED: January 28, 2016 1:07 PM<br>CASE NUMBER: 2016CR208 |
| The People of the State of Colorado<br>v.<br>WILLIAM KENT MONTGOMERY | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2016CR208<br>Division: 4C    Courtroom: |
| **Order: Affi in Support-Warrantless Arrest** | |

The motion/proposed order attached hereto: PROBABLE CAUSE FOUND.

Issue Date: 1/28/2016

*[signature]*

MATTHEW RICHARD ZEHE
Magistrate

STATE OF COLORADO)
)ss.
COUNTY OF LARIMER)

FILED IN CLERK OF COURTS
LARIMER COUNTY, CO

JAN 28 2016

SHERLYN K. SAMPSON
CLERK OF COURT

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, **M. Chernak** (Peace Officer), being duly sworn upon oath, says that there is probable cause for the warrantless arrest of, **Montgomery, William Kent** (Arrestee), **7/7/1985** (Date of Birth) for the crime(s) stated, and that the following facts are true and correct upon best knowledge, information, and belief.

AGENCY- ○-LCSO ○-CSP ●-FCPD ○-LPD ○-BPD ○-EPPD ○-CSUPD ○-USM ○-OTHER

Arresting Officer (Print Name & Number): M. Chernak / # FC311

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Trespassing, 2nd Degree ( fenced area, hotel, car ) | 18-4-503 | M3 |
| Obstructing Police | 18-8-104 (1a) | M2 |
| Disturbing the Peace | 18-9-106 | PO1 |
| Resisting Arrest | 18-8-103 | M2 |
| Violation of Bail Bonds | 18-8-212 (2) | F6 |

Agency Case Number: 16-1401
Arrest Date: 1/28/2016
Arrest Time: 1:12

The facts establishing probable cause for arrest are that on **January 1, 2016** at **00:25**, in the county of Larimer, State of Colorado, at **460 S. College Ave.** the following activity occurred:

Officers were in the area contacting a male reference a separate trespassing complaint. As officers spoke with the male involved reference that case, a second male began to interfere with the contact. The male was instructed to separate himself from officers so we could finish the contact. The male then began to climb a six foot chain link fence on the east side of 460 S. College Ave, Safeway. This fenced in area is only accessible through a gate with a pad lock on it. As the male continued to climb over the fence, he was advised by officers he would be trespassing if he entered the enclosed area.

The male refused to climb back over the fence and initially refused to identify himself after being requested. The male was advised by officers he was under arrest for trespassing and if he continued to not comply he would be charged accordingly.

Several minuets later the male finally identified himself as William MONTGOMERY. MONTGOMERY continued to refuse commands to exit the property on his own. MONTGOMERY began to yell and scream at officers as we attempted to get him to exit the property. There are several residential homes directly across the street from the property MONTGOMERY had un-lawfully entered. Officers were required to use bolt cutters on the pad lock to gain entry into the fenced in area and take MONTGOMERY into custody.

It was discovered MONTGOMERY is currently out on pre-trial release on Larimer County case #15CR1706. This case has a pending charge of attempting to influence a public servant which is a class 4 felony. MONTGOMERY's bond conditions state he is to remain law abiding while the case is active.

ORIGINAL

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 201540000104
MY COMMISSION EXPIRES 01-02-2019

Peace Officer - Affiant: _[signature]_

Subscribed and sworn to before me this **28** day of **January**, **2016**

Notary Public: _[signature] Kelly Teresa McE_    Commission Expires: **01-02-2019**

### PROBABLE CAUSE DETERMINATION BY THE COURT

_____ The Court finds probable cause for a warrantless arrest.    _____ The Court finds no probable cause for a warrantless arrest

Judge: _____    Date and Time: _____